**Louis Lyon, Plaintiff in Error, v. Dave Earl et al., Defendants in Error.**

**Gen. No. 16,267.**

APPEALS AND ERRORS—*effect of striking bill of exceptions.* Where the errors assigned are such that a bill of exceptions is essential to their consideration the striking of the bill of exceptions from the transcript necessarily must result in affirmance.

Error to the Municipal Court of Chicago; the Hon. McKENZIE CLELAND, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1909. Affirmed. Opinion filed January 6, 1911.

LEVY & LEVY, for plaintiff in error.

DWIGHT D. ROOT, for defendants in error.

MR. PRESIDING JUSTICE MACK delivered the opinion of the court.

The bill of exceptions having been stricken from the record, the errors assigned therein cannot be considered. The judgment is therefore affirmed.

*Affirmed.*